IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bowles, Carolyn E | Case Number: 06 B 15590 |
| | Judge: Hollis, Pamela S |
| Printed: 7/22/08 | Filed: 11/29/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed - No Disch:   July 18, 2008
Confirmed:   January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 72,248.68 | |
| Secured: | | 28,152.87 |
| Unsecured: | | 36,358.34 |
| Priority: | | 0.00 |
| Administrative: | | 3,306.33 |
| Trustee Fee: | | 4,431.14 |
| Other Funds: | | 0.00 |
| Totals: | 72,248.68 | 72,248.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,306.33 | 3,306.33 |
| 2. | University of Chicago | Secured | 28,152.87 | 28,152.87 |
| 3. | ECast Settlement Corp | Unsecured | 737.86 | 737.86 |
| 4. | World Financial Network Nat'l | Unsecured | 194.68 | 194.68 |
| 5. | Capital One | Unsecured | 395.09 | 395.09 |
| 6. | ECast Settlement Corp | Unsecured | 6,199.98 | 6,199.98 |
| 7. | ECast Settlement Corp | Unsecured | 514.67 | 514.67 |
| 8. | ECast Settlement Corp | Unsecured | 4,926.93 | 4,926.93 |
| 9. | Capital One | Unsecured | 558.87 | 558.87 |
| 10. | Capital One | Unsecured | 1,143.43 | 1,143.43 |
| 11. | JC Penney Corporation Inc | Unsecured | 1,382.10 | 1,382.10 |
| 12. | ECast Settlement Corp | Unsecured | 624.36 | 624.36 |
| 13. | ECast Settlement Corp | Unsecured | 432.58 | 432.58 |
| 14. | Resurgent Capital Services | Unsecured | 4,872.70 | 4,872.70 |
| 15. | Resurgent Capital Services | Unsecured | 6,674.85 | 6,674.85 |
| 16. | ECast Settlement Corp | Unsecured | 408.92 | 408.92 |
| 17. | Resurgent Capital Services | Unsecured | 625.45 | 625.45 |
| 18. | American Express Centurion | Unsecured | 6,121.42 | 6,121.42 |
| 19. | Chase Bank | Unsecured | 544.45 | 544.45 |
| 20. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 21. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 22. | BP Oil Co | Unsecured | | No Claim Filed |
| 23. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 24. | Orchard Bank | Unsecured | | No Claim Filed |
| 25. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bowles, Carolyn E

Printed: 7/22/08

Case Number:  06 B 15590
Judge:  Hollis, Pamela S
Filed:  11/29/06

| | | | |
|---|---|---|---|
| 26. Spiegel | Unsecured | | No Claim Filed |
| 27. The Affiliated Group | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 67,817.54 | $ 67,817.54 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 217.39 |
| 5.4% | 923.12 |
| 6.5% | 3,290.63 |
| | _____ |
| | $ 4,431.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____